THE STATE, EX REL. FOUNDS, APPELLANT, *v.* KIMBLE GLASS
COMPANY ET AL., APPELLEES.

[Cite as State, ex rel. Founds, *v.* Kimble Glass Co. (1991), 59 Ohio St. 3d 60.]

(No. 90-367—Submitted November 13, 1990—Decided April 24, 1991.)

*Michael J. Muldoon,* for appellant.

*Vorys, Sater, Seymour & Pease, Russell P. Herrold, Jr.,* and *Anne C. Griffin,* for appellee Kimble Glass Co.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellee Industrial Commission of Ohio.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the non-medical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed
and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.